07-314-M-01

# UNITED STATES DISTRICT COURT
## FOR THE
### DISTRICT OF MARYLAND   05-M-4927-SKG

| UNITED STATES OF AMERICA vs. SEARLES, TYRONE L | Violation Notice Number(s) | Violation Date(s) |
|---|---|---|
| | S0545301 MD41 | 09/16/2005 |
| *Defendant* | POSSESS/DRUGS/PARAPHERNALIA | |

FILED
JUN 2 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FAILURE TO APPEAR FOR INITIAL APPEARANCE ON 1/6/06.

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

# WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

- Collateral in the Amount of $ **APPEARANCE REQUIRED** may be Forfeited in Lieu of Appearance.

Date  1/9/06

United States Magistrate Judge
SUSAN K GAUVEY

### RETURN

| RECEIVED | DATE 01/11/06 | LOCATION DC District Court |
|---|---|---|

*EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT.*

| | DATE 06/21/07 | LOCATION DC District Court |
|---|---|---|

Name  William Martz   Title  DUSM   District  D/DC
Date  06/21/07   Signature  ___

# FILED

JUN 2 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

07-314-M-01

## United States District Court
### Violation Notice

Violation Number: S 0545301
Officer Name (First): Jeremie Helm
Officer No: 800

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 06-12-2005 1817 hours
Offense Charged: ☒ CFR ☒ USC ☐ State Code: 18USC13 CR5-619
Place of Offense: Road A at NSA Post Vehicle Screening
Offense Description: Possessing Drug paraphernalia

S 0545301

**DEFENDANT INFORMATION**

Last Name: Searles
First Name: Tysone
Phone: 

Driver's License No: N/A
DL State: 
Sex: ☒ Male ☐ Female
Eyes: Brown
Hair: Black
Height: 6:00
Weight: 190

VEHICLE DESCRIPTION VIN:
State: DC
Year: 98
Make/Model: Ford F150
Color: Blue

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT

☐ Adult ☐ Juvenile

PAY THIS AMOUNT →
$ ___ Forfeiture Amount
+ $25 Processing Fee
$ ___ Total Collateral Due

### YOUR COURT DATE

Court Address: TBA
Date (mm/dd/yyyy): TBA
Time (hh:mm): TBA

X Defendant Signature: [signature]

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20_____ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon
☐ my personal observation  ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on _____ Date (mm/dd/yyyy) _____ Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on _____ Date (mm/dd/yyyy) _____ U.S. Magistrate Judge