**United States District Court**
**For the District of Columbia**
**333 Constitution Avenue, NW**
**Washington, D.C. 20001**
Date: 7/6/07

Nancy Mayer-Whittington
Clerk of the Court

Address of Other Court: United States District Court
4415 Edward A. Garmatz Federal Bldg and
U.S. Courthouse
101 West Lombard Street
Baltimore, Md. 21201-2605

RE: 07-314M Tyrone Searles

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | X | Warrant of Removal |
| X | Violation Notice | | Order of Removal |
| | Minute Order Appointing Counsel | | Detention Order |
| | Corporate Surety Bond | X | Waiver of Removal |
| | Personal Surety Bond | | |
| X | Other- Blotter dated 7/5/07, 6/28/07 and 6/21/07 | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Nancy Mayer-Whittington,
Clerk of the Court

By: _____
Deputy Clerk

[Stamp: FILED LODGED ENTERED RECEIVED  JUL 0 9 2007  AT BALTIMORE  CLERK U.S. DISTRICT COURT  DISTRICT OF MARYLAND  DEPUTY]

[Stamp: FILED  JUL 3 1 2007  NANCY MAYER WHITTINGTON, CLERK  U.S. DISTRICT COURT]